BEFORE THE FIRST DIVISION, SEPTEMBER 19, 1963

No. 67997.—Davies, Turner & Co. v. United States, protests 62/10331, etc. (Philadelphia).

Opinion by OLIVER, C.J.    In accordance with stipulation of counsel that the articles in question are not optical measuring or testing instruments, but are microscopes, valued under $25 each, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1963

No. 67998.—Schick X-Ray Co., Inc. v. United States, protests 63/1741 and 63/2370 (New York).

Opinion by LAWRENCE, J.    In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.